# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 16-30725-DSO | |
| **Case Name:** | STEVENSON, SHATIRA | |
| **For the Period Ending:** | 9/1/2016 | |

| | |
|---|---|
| **Trustee Name:** | Collene K. Corcoran |
| **Date Filed (f) or Converted (c):** | 03/25/2016 (f) |
| **§341(a) Meeting Date:** | 05/09/2016 |
| **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Furniture | $1,000.00 | $0.00 | | $0.00 | FA |
| 2  Electronics | $100.00 | $0.00 | | $0.00 | FA |
| 3  Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 4  Fifth Third Bank Checking Account | $5.00 | $0.00 | | $0.00 | FA |
| 5  2016 pro-rata Tax refund | $1,755.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**         $3,160.00         $0.00

**Gross Value of Remaining Assets**         $0.00         $0.00

**Major Activities affecting case closing:**
09/01/2016    TRUSTEE INVESTIGATING 2016 TAX REFUNDS.

**Initial Projected Date Of Final Report (TFR):** 09/01/2018
**Current Projected Date Of Final Report (TFR):** 09/01/2018

/s/ COLLENE K. CORCORAN
COLLENE K. CORCORAN